Jerome F. TENNIEN v. TOWN OF PITTSFORD, No. 339-78

July 24, 1979. The appellant's motion for extension of the period for filing a bill of costs is denied.

STATE of Vermont v. Thomas A. TIERNEY, No. 65-79

July 24, 1979. Motion to dismiss denied. Motion for enlargement of time for filing appellant's brief granted. Appellant's brief shall be filed on or before August 10, 1979.

John H. COLLINS, Jr. v. Sharon CARROLL, No. 96-79

July 24, 1979. Appeal dismissed for failure to comply with the order of June 13, 1979.

DOWLINGS, INC. v. Malcolm MAYO and Ronald Pierce, No. 115-79

July 24, 1979. Motion to dismiss the appeal of Malcolm Mayo is granted. V.R.A.P. 4.

Alice M. OHLAND v. Henry N. OHLAND, No. 158-79

July 24, 1979. Motion to withdraw is granted.

Robert L. K. WEENOLSEN & Hebe Ottway-Ward Weenolsen v. Lawrence L. KAMBER, Trustee of the Lawrence L. Kamber Trust, No. 177-79

July 24, 1979. The appellee's motion for advanced oral argument is denied.

Karl STEIN v. John H. OSMUN, No. 183-79

July 24, 1979. Motion to dismiss appeal denied. Motion for enlargement of time to order transcript granted *nunc pro tunc*. V.R.A.P. 26.

Charles PAUL v. Cornelius HOGAN, Commissioner of Corrections, and Vermont Parole Board, No. 234-79

July 24, 1979. So much of the July 2, 1979, order of the Chittenden Superior Court as purports to enjoin appellants from returning appellee to his designated place of incarceration and to require the keeping of appellee within this state pending appeal is vacated.

Appellants' brief is ordered filed by August 13, 1979, and appellee's brief by September 6, 1979.